JUDGE LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. CR 08-5011 RBL |
| v. | ) | ORDER FOR COMPETENCY EXAMINATION |
| MOSES E. CARTER, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court upon Defendant's Motion for a Competency Hearing. After reviewing the supporting declaration of Keith A. MacFie stating his concerns about the defendant's competency, THE COURT FINDS that there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, to enter a knowing

EXAM ORDER
1

intelligent and voluntary plea, or to assist properly in his defense. Therefore,

IT IS HEREBY ORDERED, pursuant to Title 18, United States Code, Sections 4241(b) and 4247(b), that defendant be committed to the custody of the Attorney General at a suitable facility for a period not to exceed 30 days and be examined during that time by a psychiatrist and/or psychologist chosen by the Attorney General who shall conduct a competency examination to attempt to determine if the defendant is able to understand the nature of the charges and proceedings against him, is able to enter a knowing, intelligent and voluntary plea, and if the defendant is able at present to assist in the preparation of his defense. To the extent practicable, this examination shall be done within the Western District of Washington or the closest suitable facility to the Court.

IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 4241(b), the examination shall be completed within THIRTY (30) DAYS of the date defendant enters the custody of the Attorney General, with allowance for an additional FIFTEEN (15) DAYS upon a showing of good cause by the director of the examining facility that the additional time is necessary

EXAM ORDER
2

**Keith A. MacFie**
Attorney at Law
711 S. Commerce St., Ste. 210
Tacoma, Washington 98402
253-627-6911

to observe and evaluate the defendant. Leave of Court for the fifteen (15) day extension, if sought, must be sought prior to the expiration of the initial thirty-day period.

IT IS FURTHER ORDERED that the defendant shall cooperate with the psychiatrist and psychologist during this examination; IT IS FURTHER ORDERED that the report generated pursuant to this Order be prepared and disseminated in accordance with the requirements set forth in Title 18, United States Code, Section 4247(c).

IT IS FURTHER ORDERED that the Court recommends to the Bureau of Prisons that he be designated for evaluation at the Federal Detention Center-SeaTac.

IT IS FURTHER ORDERED, that, if the suitable facility is not the Federal Detention Center - SeaTac, the United States Marshals Service transport the defendant to the suitable facility within ten days of the date defendant enters the custody of the Attorney General and return the defendant to the Federal Detention Center - SeaTac within ten days of the completion of the examination ordered herein.

EXAM ORDER
3

The Clerk of the Court is directed to provide copies of this Order to all counsel for the defendant and the government and to the Bureau of Prisons.

Dated this 1st day of August, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE